# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2015

## NO. 03-07-00036-CV

**Appellant, Mohammed Hadi Gharbi, aka M. H. Gharbi aka Mike Gharbi//**
**Cross-Appellant, Majid Hemmasi**

**v.**

**Appellee, Majid Hemmasi// Cross-Appellee, Mohammed Hadi Gharbi,**
**aka M. H. Gharbi aka Mike Gharbi**

## APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on October 27, 2006. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to order that Hemmasi recover from Gharbi the principal amount of $77,000 and pre-judgment interest in the amount of $66,369.11. The Court affirms the judgment as modified. Gharbi shall pay all costs relating to this appeal, both in this Court and the court below.